ANNA J. LEVY et al., as Executrices of JACOB LEVY, Deceased, Appellants, *v.* LOUIS KRAM, INC., Respondent.

Argued March 5, 1941; decided April 17, 1941.

*Sidney J. Loeb* and *Jay B. Van Veen* for appellants.
*John G. Jackson* and *John Scully, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.